

## NUMBER 13-15-00414-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

**JESUS VIACOBO,**                                                        **Appellant,**

**v.**

**JBC GENERAL CONTRACTORS, LLC,**                          **Appellee.**

### On Appeal from the County Court at Law No. 1
### of Nueces County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Perkes**
**Memorandum Opinion Per Curiam**

Appellant, Jesus Viacobo, perfected an appeal from a judgment rendered against him in favor of appellee, JBC General Contractors, LLC. On October 5, 2015, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on October 1, 2015, and that the deputy district clerk, Tiffany Garza, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The

Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellant has failed to respond to this Court's notice. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Delivered and filed the
29th day of October, 2015.

2